## IN RE: Paul Aaron HERMAN, Petitioner.

## A Suspended Member of the Bar of the District of Columbia Court of Appeals Bar Reg. No. 1013933

## No. 17–BG–492

District of Columbia Court of Appeals.

Filed June 15, 2017

BEFORE: Glickman and McLeese, Associate Judges, and Farrell, Senior Judge.

## ORDER

### PER CURIAM

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Herman has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Herman,* 138 A.3d 1195 (D.C. 2016), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Paul Aaron Herman is hereby reinstated to the Bar of the District of Columbia.